PROB 22
(Rev 2/88)

JPB/jg

**FILED**
2-25-08
FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**TRANSFER OF JURISDICTION**

JUDGE DOW    MAGISTRATE JUDGE NOLAN
08CR 0163

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:06CR00411-001 |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Darrell Livingston | WD/NY | Buffalo |
| | NAME OF SENTENCING JUDGE: Richard J. Arcara | |
| | DATES OF SUPERVISED RELEASE   FROM: 12/13/07   TO: 12/12/10 | |

OFFENSE: Knowingly Passing and Attempting to Pass Altered Obligations or Securities of the United States; in violation of Title 18, USC § 472.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the __ND/IL__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.

Jan. 31, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Illinois__

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
EFFECTIVE DATE

_____
UNITED STATES DISTRICT JUDGE