UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0163 |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| DARRELL LIVINGSTON | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     s/Michael J. Ferrara
        MICHAEL J. FERRARA
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-7649