# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 163 - 1 | **DATE** | 5/6/2008 |
| **CASE TITLE** | USA vs. LIVINGSTON | | |

**DOCKET ENTRY TEXT**

Government's oral motion for issuance of a bench warrant as a detainer for defendant Darrell Livingston is granted and so ordered.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|