## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 163 | **DATE** | 5/8/2008 |
| **CASE TITLE** | USA vs. DARRELL LIVINGSTON | | |

**DOCKET ENTRY TEXT**

This Court's minute order [8] is amended as follows: Bench warrant to issue as a detainer for defendant Darrell Livingston for violation of his supervised release. Detainer to be lodged at Cook County Jail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|